# In the United States Court of Federal Claims

**No. 07-526 T**

**Filed: July 13, 2007**

**ALBERT BOVA and DAVID TONER**
**Co-Executors of the Estate of**
**MARGARET WALSONAVICH**

**v.**

**THE UNITED STATES**
**Defendant**

**Plaintiff's Exhibits A through E**

The above document has been filed in the Clerk's Office in hard copy and is not available electronically. To view this document, please contact the Clerk's Office at (202) 357-6406 between the hours of 8:45 am and 5:15 pm Eastern time.