IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALBERT BOVA and DAVID TONER, CO-EXECUTORS OF THE ESTATE OF MARGARET WALSONAVICH, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 07-526 T<br>Judge Nancy B. Firestone |
| UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jeffrey R. Malo, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Jeffrey R. Malo, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: September 4, 2007

s/ Jeffrey R. Malo
JEFFREY R. MALO
Trial Attorney
Justice Department (Tax)
Court of Federal Claims Section
Phone: (202) 305-7539
Fax: (202) 514-9440
Email: jeffrey.r.malo@usdoj.gov