**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 07-526 T**
**(Judge Nancy B. Firestone)**

---

**ALBERT BOVA and DAVID TONER,**
**CO-EXECUTORS OF THE ESTATE**
**OF MARGARET WALSONAVICH**

**Plaintiffs,**

**v.**

**THE UNITED STATES**

**Defendant.**

---

**MOTION FOR ENLARGEMENT OF TIME**

---

Defendant, the United States, respectfully moves the Court for an enlargement of time of 30 days, from September 13, 2007, to and including October 13, 2007, within which to answer or otherwise respond to the Complaint in the above-captioned case. This is the first enlargement requested for this purpose. Plaintiff does not object to defendant's motion.

As good cause for this request, defendant states as follows:

Immediately upon receipt of the Complaint, defendant's attorneys forwarded a copy to the Office of Chief Counsel, Internal Revenue Service ("the Service"), along with a request to assemble the relevant files, and to prepare a written recommendation respecting the legal position which the Government should adopt. As of September 4, 2007, the administrative file had not been received from the Office of Chief Counsel. On September 6, 2007, the attorney

assigned to the above captioned case will be leaving the office for his wedding and honeymoon. He is scheduled to return to the office on September 20, 2007. The time requested is needed to ensure that defendant receives the materials it needs from the Office of Chief Counsel, and has time to review them in order to prepare the Government's response.

WHEREFORE, defendant respectfully requests that its motion be granted.

Respectfully submitted,

September 4, 2007

s/ Jeffrey R. Malo
JEFFREY R. MALO
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 305-7539*
*Fax: (202) 514-9440*
*Email: jeffrey.r.malo@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General*

September 4, 2007

s/ David Gustafson
DAVID D. GUSTAFSON
*Chief, Court of Federal Claims Section*