# Certification of Physician

As more fully set forth in my report concerning Margaret Walsonavich addressed to Thomas W. Ostrander, Esq. and dated March 19, 2007, I make the following certification in accordance with Rev. Proc. 99-21, 1999-1 C.B. 960. I am qualified to render the opinion set forth below and in my report dated March 19, 2007. A copy of my curriculum vitae is attached to this Certification.

(a) Ms. Walsonavich was suffering from Asperger's Syndrome, obsessional, perseverative, tangential and circumstantial thinking, severe character pathology and a form of dementia and frontal lobe deficits (brain impairments) associated with difficulty planning or foreseeing the consequences of her actions.

(b) It is my opinion with a reasonable degree of medical and psychiatric certainty that as a result of the combined effect of Ms. Walsonavich's physical and medical impairments, she lacked sufficient capacity to manage her financial affairs.

(c) Ms. Walsonavich's physical impairment as described in my report lasted continuously during at least the twelve-month period prior to April 6, 2005.

(d) It appears that the foregoing conditions may have had their onset as early as January 2003 when she demonstrated an inability to follow instructions provided

by her attending physician. Her lack of sufficient capacity to manage her financial affairs continued to at least April 6, 2005.

I certify that to the best of my knowledge and belief, the above representations are true, correct and complete.

Date: 4/13/07

[signature]

Robert M. Toborowsky, M.D.