# In the United States Court of Federal Claims

**No. 07-526T**
**(Filed: December 4, 2007)**

* * * * * * * * * * * * * * * * *
*
**ALBERT BOVA and DAVID TONER,** *
**CO-EXECUTORS of the ESTATE** *
**of MARGARET WALSONAVICH,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

## O R D E R

The parties shall each file a supplemental brief no later than **December 18, 2007**, addressing the question of whether, under Pennsylvania law or any other relevant authority, the court may look beyond the four corners of the written durable power of attorney to determine whether the power was limited by an oral contingency. The briefs shall not exceed ten (10) pages each.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge