# In the United States Court of Federal Claims

**No. 07-526T**
**(Filed: January 22, 2008)**

* * * * * * * * * * * * * * * * *
*
**ALBERT BOVA and DAVID TONER,** *
**CO-EXECUTORS of the ESTATE** *
**of MARGARET WALSONAVICH,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Oral argument on the defendant's motion to dismiss shall be heard on **Monday, February 4, 2008 at 10:30 a.m. eastern time**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for each party shall appear in person. The courtroom number will be posted in the lobby on the day of the argument.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_