# In the United States Court of Federal Claims

**No. 07-526 T**

**ALBERT BOVA AND DAVID TONER,**
**CO-EXECUTORS OF THE ESTATE OF**
**MARGARET WALSONAVICH,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed February 13, 2008, granting the government's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. Each party is to bear its own costs.

John S. Buckley
Acting Clerk of Court

**February 14, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.